UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GREGORY KEVIN SAMUELS,

    Plaintiff,

v.   Case No. 6:21-cv-870-RBD-LRH

WMC MORTGAGE, LLC; GE
HOLDINGS INC.; GQ HOLDING
1329, LLC; MORTGAGE
ELECTRONIC SYSTEMS; NINTH
JUDICIAL CIRCUIT COURT OF
FLORIDA; KONDAUR CAPITAL
CORPORATION; and TYLER T.
STIGLICH,

    Defendants.
_____

**ORDER**

Plaintiff, proceeding *pro se*, moved for leave to appeal *in forma pauperis* (Doc. 54 ("Motion")). On referral, U.S. Magistrate Judge Leslie R. Hoffman entered a Report and Recommendation (Doc. 56 ("R&R")) submitting that the Motion should be denied. Plaintiff did not object and the time to do so has passed, so the Court examines the R&R for clear error only. *See Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is due to be adopted.

Accordingly, it is **ORDERED AND ADJUDGED**:

    1.    The R&R (Doc. 56) is **ADOPTED**, **CONFIRMED**, and made a part of

this Order in its entirety.

2. Plaintiff's Motion (Doc. 54) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on January 4, 2022.



ROY B. DALTON JR.
United States District Judge

Copies:
*Pro se* Plaintiff Gregory Kevin Samuels